# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DADRAIN D. BANKS                                                                                      PLAINTIFF

v.                                            4:18cv00209-JM-JJV

DOC HOLIDAY,
Pulaski County Sheriff's Department; *et al.*                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.   The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Dadrain D. Banks ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 without prepayment of the $400.00[1] filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. No. 1.) On March 26, 2018, I ordered Plaintiff to submit either the statutory filing fee of $400.00 or a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, with the required calculation sheet signed by an authorized official of the detention center at which he is confined, within thirty (30) days. (Doc. No. 3.) I also provided Plaintiff with the necessary forms and warned him that his Complaint would be dismissed, pursuant to Local Rule 5.5(c)(2), if he failed to timely comply with my instructions. (*Id.*)

Since that time, Plaintiff has filed numerous "exhibits" and "evidence" in the record. (Doc. Nos. 4-11.) However, he has not complied with the clear instructions in my March 26, 2018,

---

[1] Effective May 1, 2013, the cost for filing a new civil case is $400. The increase is due to a new $50 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

Order, and the time to do so has passed. Therefore, Plaintiff's Complaint should be dismissed without prejudice.

    IT IS, THEREFORE, RECOMMENDED that:

    1.    Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

    2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

    DATED this 1st day of May, 2018.

                                              _____
                                              JOE J. VOLPE
                                              UNITED STATES MAGISTRATE JUDGE