# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DADRAIN D. BANKS                                                                               PLAINTIFF

v.                                4:18CV00209-JM

DOC HOLIDAY,
Pulaski County Sheriff's Department; *et al.*                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 21st day of May, 2018.

                                                                         _____
                                                                         JAMES M. MOODY, JR.
                                                                         UNITED STATES DISTRICT JUDGE