# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DADRAIN D. BANKS                                                                  PLAINTIFF

v.                                       4:18CV00209-JM

DOC HOLIDAY,
Pulaski County Sheriff's Department; *et al.*                             DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 21st day of May, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE